_____

No. 95-3516
_____

Thomas Robert Sage,                    *
                                       *
            Appellant,                 *
                                       *   Appeal from the United States
      v.                               *   District Court for the
                                       *   Northern District of Iowa.
United States of America,              *
                                       *        [UNPUBLISHED]
            Appellee.                  *

_____

            Submitted:  May 30, 1996

              Filed:  June 4, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


      Thomas R. Sage appeals from the District Court's[1] order denying his
28 U.S.C. § 2255 (1994) motion as an abuse of the writ.  After carefully
reviewing the record before us and the parties' briefs, we conclude the
District Court's judgment was correct.  Accordingly, we affirm.  See 8th
Cir. R. 47B.


      A true copy.


      Attest:


            CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

      [1]The Honorable Edward J. McManus, United States District Judge
for the Northern District of Iowa.